UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AVTAR SINGH,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

No. 2:25-cv-01867 DAD AC PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 5)

Plaintiff initiated this civil action by filing a complaint on July 2, 2025, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On October 6, 2025, the assigned magistrate judge issued an order requiring plaintiff to show cause in writing within fourteen (14) days why this action should not be dismissed for failure to prosecute in light of plaintiff's failure to complete service as directed by the court. (Doc. No. 4.) Although served with the order to show cause, plaintiff did not respond in any way to that order. Accordingly, on October 23, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute. (Doc. No. 5.)

/////

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty–one (21) days of service. (*Id.* at 2.) Plaintiff has not filed any objections to those findings and recommendations, or otherwise communicated with the court, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued October 23, 2025 (Doc. No. 5), are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's lack of prosecution; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 18, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE